Greg NESSELRODE, Plaintiff—Appellant,

and

Nesselrode, LLC, Plaintiff,

v.

Bruce MEASURE; et al., Defendants—Appellees.

No. 08–35319.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 3, 2008.*

Filed Nov. 13, 2008.

Greg Nesselrode, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John E. Bohyer, Bohyer Simpson & Tranel, P.C., Brian J. Smith, Garlington Lohn & Robinson, PLLP, Missoula, MT, for Defendants–Appellees.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

MEMORANDUM **

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.